IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover             Date:   October 25, 2012
Court Reporter:     Terri Lindblom
Probation Officer:  Michelle Means

Criminal Action No. 11-cr-00158-MSK

*Parties*:                                      *Counsel*:

UNITED STATES OF AMERICA,                       Michele Korver

    Plaintiff,

v.

VALENTIN BARRIOS,                               Kathleen Moreno

    Defendant.

---

### SENTENCING MINUTES
---

**10:28 a.m.    Court in session**.

Defendant present in custody.

**Change of Plea Hearing on January 24, 2012. Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The defendant **does** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure. Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:** Motion for Forfeiture (**Doc. #314**) is **GRANTED.** Motion for Leave to Restrict Document (**Doc. #413**) is **GRANTED.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:08 a.m.** **Court in recess.**

Total Time: 40 minutes.
Hearing concluded.