UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00158-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JOAN ANASTASI,
2.     **VALENTIN BARRIOS**,
3.     ANTHONY BUCHANAN,
4.     JOSEPH JAMES BURKE,
5.     ALFONSO ELVAO-ALLOCATI,
6.     JACK FELLNER,
7.     WAYNE ALAN REID,
8.     PEGGY SCHLAUGER,
9.     CHRISTOPHER JAMES SHEEHAN,
10.    JESSE TRUJILLO,

        Defendants.

---

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT VALENTIN BARRIOS

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture as to Defendant Valentin Barrios (Motion) **(#464)** filed January 30, 2013. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on April 19, 2011;

THAT a Preliminary Order of Forfeiture was entered on October 25, 2012;

THAT all known interested parties were provided an opportunity to respond and that publication was properly effected as required by 21 U.S.C. § 853(n);

THAT the time for any third parties to file a petition expired on December 25,

2012;

THAT as of January 29, 2013, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853;

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the Motion is **GRANTED** and judgment of forfeiture of $29,200.00 in United States Currency shall enter in favor of the United States pursuant to 21 U.S.C. § 853 free from the claims of any other party; and

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 31st day of January, 2013.

                                              BY THE COURT:

*[signature: Marcia S. Krieger]*

                                              Marcia S. Krieger
                                              Chief United States District Judge